UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 13-28088 ABA

Debtor: Anna M. Perez

| Check Number | Creditor | Amount |
|---|---|---|
| 1858037 | Ocwen Loan Servicing, LLC | 1739.00 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  September 10, 2014